# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case Number: 3:19-PO-183 |
| -vs- | : | Magistrate Judge Michael J. Newman |
| JOHN J. KRAMER | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL

Upon the Government's oral motion to Dismiss, the above-referenced case is hereby DISMISSED.

August 27, 2020                                         s/Michael J. Newman

                                                        Michael J. Newman
                                                        United States Magistrate Judge